IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASCOT INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESLEY KENSINGTON PARTNERS I, ) <br> LLC; WESLEY KENSINGTON ) <br> PARTNERS II, LLC; WESLEY KENSINGTON ) <br> PARTNERS, LLC; AVILA REAL ESTATE, ) <br> LLC; ADRIANNE HARDY, as ) <br> ADMINISTRATOR OF THE ESTATE OF ) <br> MICHAEL LAMAR WRIGHT and as PARENT ) <br> OF MINORS A.W.; and CLEATONYA ) <br> BRITTION as CONSERVATOR OF ) <br> MINOR M.W., ) <br> ) <br> Defendants. ) | Civil Action File No.: <br> 1:22-cv-04064-LMM |

### **DEFENDANTS WESLEY KENSINGTON PARTNERS I, LLC; WESLEY KENSINGTON PARTNERS II, LLC; WESLEY KENSINGTON PARTNERS, LLC; AND AVILA REAL ESTATE, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia and Rule 7.1 of the Federal Rules of Civil Procedure, Wesley Kensington Partners I, LLC; Wesley Kensington Partners II, LLC; Wesley Kensington Partners, LLC; and Avila Real Estate, LLC (the "Wesley

Defendants"), files this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned counsel of record for the Wesley Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**ASCOT INSURANCE COMPANY;**

**WESLEY KENSINGTON PARTNERS I, LLC;**

**WESLEY KENSINGTON PARTNERS II, LLC;**

**WESLEY KENSINGTON PARTNERS, LLC;**

**AVILA REAL ESTATE, LLC;**

**ADRIANNE HARDY AS ADMINISTRATOR OF THE ESTATE OF MICHAEL LARMAR WRIGHT AND AS PARENT OF MINORS A.W.;**

**CLEATONYA BRITTON AS CONSERVATOR OF MINOR M.W.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Derrick L. Bingham**
**Stites & Harbison, PLLC**
**303 Peachtree Street, NE, Suite 2800**
**Atlanta, GA 30308**
**dbingham@stites.com**
**Counsel for Ascot Insurance Company**

**James M. Williams**
**Fowler Hein Cheatwood & Williams, PA**
**2970 Clairmont Road, NE, Suite 220**
**Atlanta, GA 30329**
**mwilliams@apartmentlaw.com**
**Counsel for Wesley Kensington Partners I, LLC and Wesley Kensington Partners II, LLC**

**Lee Clayton**
**Joshua J. Smith**
**Swift, Currie, McGhee & Hiers, LLP**
**1420 Peachtree Street, NE, Suite 800**
**Atlanta, GA 30309**
**lee.clayton@swiftcurrie.com**
**joshua.smith@swiftcurrie.com**
**Counsel for the Wesley Defendants**

**Daphne D. Saddler**
**WLG Atlanta, LLC**
**600 Peachtree Street, NE, Suite 4010**
**Atlanta, GA 30308**
**dsaddler@johnfoy.com**
**Counsel for Adrianne Hardy as Parent of Minor A.W. and Administrator of the Estate of Michael Lamar Wright**

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**WESLEY KENSINGTON PARTNERS I, LLC – Entity does not exist;**

**WESLEY KENSINGTON PARTNERS II, LLC – Entity does not exist;**

**WESLEY KENSINGTON PARTNERS, LLC – Georgia;**

**AVILA REAL ESTATE, LLC – Georgia.**

Respectfully submitted this 13th day of January 2023.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

/s/ *Lee Clayton*
Lee Clayton
Georgia State Bar No. 601004
Joshua J. Smith
Georgia State Bar No. 562327
***Attorney for the Defendants***
***Wesley Kensington Partners I, LLC***
***Wesley Kensington Partners II, LLC***
***Wesley Kensington Partners, LLC; and***
***Avila Real Estate, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
(404) 888-6199 (fax)
lee.clayton@swiftcurrie.com
joshua.smith@swiftcurrie.com

# CERTIFICATE OF COMPLIANCE WITH LR 5.1

I certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

/s/ *Lee Clayton*
Lee Clayton
Georgia State Bar No. 601004
Joshua J. Smith
Georgia State Bar No. 562327
***Attorney for Defendants***
***Wesley Kensington Partners I, LLC***
***Wesley Kensington Partners II, LLC***
***Wesley Kensington Partners, LLC; and***
***Avila Real Estate, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
(404) 888-6199 (fax)
lee.clayton@swiftcurrie.com
joshua.smith@swiftcurrie.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing **DEFENDANTS WESLEY KENSINGTON PARTNERS I, LLC; WESLEY KENSINGTON PARTNERS II, LLC; WESLEY KENSINGTON PARTNERS, LLC; AND AVILA REAL ESTATE, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

    **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

    /s/ *Lee Clayton*
    Lee Clayton
    Georgia State Bar No. 601004
    Joshua J. Smith
    Georgia State Bar No. 562327
    ***Attorney for Defendant***
    *Wesley Kensington Partners I, LLC*
    *Wesley Kensington Partners II, LLC*
    *Wesley Kensington Partners, LLC; and*
    *Avila Real Estate, LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
(404) 888-6199 (fax)
lee.clayton@swiftcurrie.com
joshua.smith@swiftcurrie.com

4875-0873-6841, v. 1